Case: 4:15-cv-01078-ERW   Doc. #:  9-1   Filed: 08/04/15   Page: 1 of 2 PageID #: 52

 

Search for Cases by:  Select Search Method...

**Judicial Links**　|　eFiling　|　Help　|　Contact Us　|　Print　　　　　　　　　　　　　　　　　　　　　　　　　　**Logon**

### 15SL-AC12126 - J & M SECURITIES LLC V RONALD E HENRY (E-CASE)

Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/Execution

This information is provided as a service and is not considered an official court record.

Sort Date Entries:  ● Descending  ○ Ascending      Display Options: All Entries

| | |
|---|---|
| **06/26/2015** | **Alias Summons Issued** |
| | Document ID: 15-AASM-4383, for HENRY, RONALD E. Summons Attached in PDF Form for Attorney to Retrieve from Secure Case.Net and Process for Service. |
| **06/25/2015** | **Summ Req-Assc Pers Serv** |
| | Request for Appointment of Special Process Server Filed. |
| | 　　**Filed By:** BENJAMIN JOSEPH SANSONE |
| | **Hearing Scheduled** |
| | 　　**Scheduled For:** 08/19/2015;  9:00 AM ;  LAWRENCE J PERMUTER JR;  St Louis County |
| | **Hearing Continued/Rescheduled** |
| | 　　**Hearing Continued From:** 06/24/2015;  9:00 AM Hearing |
| | **Note to Clerk eFiling** |
| | 　　**Filed By:** BENJAMIN JOSEPH SANSONE |
| | **Alias Summons Requested** |
| | ALIAS. |
| | 　　**Filed By:** BENJAMIN JOSEPH SANSONE |
| | 　　**On Behalf Of:** J&M SECURITIES LLC |
| **05/18/2015** | **Summons Returned Non-Est** |
| | Document ID - 15-ADSM-10565; Served To - HENRY, RONALD E; Server - GLADNEY, REGINALD; Served Date - 14-MAY-15; Served Time - 00:00:00; Service Type - Territory 7; Reason Description - Moved; Service Text - MOVED |
| **05/11/2015** | **Summons Issued-Associate** |
| | Document ID: 15-ADSM-10565, for HENRY, RONALD E. Summons Attached in PDF Form for Attorney to Retrieve from Secure Case.Net and Process for Service. |
| | **Hearing Scheduled** |
| | 　　**Associated Entries:** 06/25/2015 - Hearing Continued/Rescheduled |
| | 　　**Scheduled For:** 06/24/2015;  9:00 AM ;  LAWRENCE J PERMUTER JR;  St Louis County |
| **05/06/2015** | **Filing Info Sheet eFiling** |
| | 　　**Filed By:** BENJAMIN JOSEPH SANSONE |
| | **Note to Clerk eFiling** |
| | 　　**Filed By:** BENJAMIN JOSEPH SANSONE |
| | **Pet Filed in Associate Ct** |
| | BREACH OF CONTRACT. |
| | 　　**On Behalf Of:** J&M SECURITIES LLC |
| | **Judge Assigned** |
| | 38W |

Case.net Version 5.13.7.1　　　　　　　　　　　　Return to Top of Page　　　　　　　　　　　　Released 06/24/2015



 

Search for Cases by:  Select Search Method...

Judicial Links   |   eFiling   |   Help   |   Contact Us   |   Print   Logon

## 15SL-AC12126 - J & M SECURITIES LLC V RONALD E HENRY (E-CASE)

This information is provided as a service and is not considered an official court record. Further information may be available in the docket entries portion of Case.net. Because service of process may establish legal obligations, you may want to examine the original case file in the clerk's office.

Displaying **1** thru **2** of **2** service records returned for case **15SL-AC12126**.

### Issuance

| | |
|---|---|
| **Issued To:** HENRY , RONALD E | **Date Issued:** 06/26/2015 |
| **Document Issued:** Assoc Div Alias Summons | **Due Date:** 08/25/2015 |
| **Document ID:** 15-AASM-4383 | |
| **Additional Text:** SMC | |

**Return (Information not yet on file)**

### Issuance

| | |
|---|---|
| **Issued To:** HENRY , RONALD E | **Date Issued:** 05/11/2015 |
| **Document Issued:** Associate Division Summons | **Due Date:** 06/14/2015 |
| **Document ID:** 15-ADSM-10565 | |
| **Additional Text:** AD | |

**Return**

| | |
|---|---|
| **Type Of Service:** Summons Returned Non-Est | **Service/Attempt Date:** 05/14/2015 |
| **Service Agent:** GLADNEY | |
| **Service Text:** MOVED | |

Displaying **1** thru **2** of **2** service records returned for case **15SL-AC12126**.

Case.net Version 5.13.7.1   Return to Top of Page   Released 06/24/2015