# IN THE UNITED STATES DISTRICT COURT EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **RONALD HENRY**   )<br>  )<br>Plaintiff,   )<br>  )<br>v.   )<br>  )<br>**J&M SECURITIES, LLC**   )<br>  )<br>  )   Cause No. 4:15-CV-01078ERW<br>and   )<br>  )<br>**SANSONE LAW, LLC, doing business as**   )<br>**SANSONE & LAUBER**   )<br>  )<br>Defendants.   )   **JURY TRIAL DEMANDED** | |

## MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

COMES NOW, Plaintiff, and for his Motion for Leave to File his First Amended Complaint states as follows:

1.    This is an action for statutory damages brought by an individual consumer for violations of the Fair Debt Collections Practices Act, (15 USC 1692 *et. seq*) ("FDCPA") which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

2.    Plaintiff respectfully requests leave to add amended facts concerning this cause of action that Plaintiff believes will moot Defendant's Motion to Dismiss.

3.    This matter is in the earliest stages of litigation; Defendant has filed a Motion to Dismiss, and the Court has yet to hold a Rule 16 conference. The parties have not yet begun discovery or motion practice. Accordingly, the leave Plaintiff requests prejudices no party.

4.    Further, Plaintiff's First Amended Complaint abandons the 1692g claim (a central issue of Defendants' Motion to Dismiss) and adds a 1692e(2)a claim against Defendant J&M.

5.      Plaintiff's First Amended Complaint moots Defendants' current Motion to Dismiss.

WHEREFORE, Plaintiff respectfully requests that this Court accept the attached Amended Complaint (**Exhibit 1**) for immediate filing.

**RESPECTFULLY SUBMITTED:**

/s/ James W. Eason

**JAMES W.EASON#57112MO**
**The Eason Law Firm, LLC**
**124 Gay Ave.,Suite 200**
**Clayton, Missouri 63105**
**Phone: (314) 932-1066**
**Fax:     (314) 667-3161**
**Email: james.w.eason@gmail.com**

**CERTIFICATE OF SERVICE**

The undersigned attests that, on October 7, 2015, the foregoing document was served via operation of the Court's electronic filing system on the following counsel of record:

Matthew Aplington: maplington@lowenbaumlaw.com

Julia Hodges: jhodges@lowenbaumlaw.com

Benjamin Sansone: ben@sansonelaw.com

/s/ James W. Eason
_____